IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# No. 25-11722

Southern Cross Seafoods, LLC,

Plaintiff-Appellant,

- versus -

The United States of America and National Marine Fisheries Service,

Defendants-Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-60040-LEIBOWITZ
_____
_____

**APPELLANT SOUTHERN CROSS SEAFOODS, LLC'S *UNOPPOSED*
MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEFING**
_____

**WHITE & CASE LLP**
Raoul G. Cantero
Florida Bar No. 552356
rcantero@whitecase.com
Veronica Gordon
Florida Bar No. 0113559
vgordon@whitecase.com
200 S. Biscayne Blvd. 4900
Miami, FL 33131
Telephone: (305) 371-2700

*Counsel for Plaintiff-Appellant Southern Cross Seafoods, LLC*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1 and Federal Rule of Appellate Procedure 26.1, Appellant Southern Cross Seafoods, LLC certifies the following individuals and parties may have an interest in the outcome of this appeal:

Argos Froyanes Limited

Argos Georgia Limited

Bond, David, counsel for Appellant

Cantero, Raoul G., counsel for Appellant

Comstock, Earl, counsel for Appellant

Gordon, Veronica, counsel for Appellant

Ervik Havfiske Holdings AS

Leibowitz, The Honorable David, District Court Judge

National Marine Fisheries Services, Appellee

National Oceanic and Atmospheric Administration

Reif, The Honorable Timothy N., Court of International Trade Judge

Thomas, Daniel

Thomas, Jerri

Turner, Frederick H., counsel for Appellee

United States of America, Appellee

White & Case LLP, counsel for Appellee

Williams, The Honorable Kathleen, District Court Judge

Southern Cross Seafoods, LLC does not have a parent corporation and there is no publicly held company or corporation that owns 10% or more of its stock.

# APPELLANT'S *UNOPPOSED* MOTION
# FOR EXTENSION OF TIME TO FILE INITIAL BRIEFING

Pursuant to Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Local Rule 31-2(d), Appellant Southern Cross Seafoods, LLC requests a two-week extension of time to file its initial briefing. Counsel for Appellees, the United States of America and National Marine Fisheries Service, does not oppose the relief sought herein. In support of its motion, Appellant states as follows:

1. This appeal was docketed on May 20, 2025. Appellant's initial briefing was originally due on June 30, 2025. Appellant obtained an initial 30-day extension from the Court and a 30-day extension from the mediator. The current deadline for Appellant's brief is September 22, 2025.

2. Counsel for Appellant requires a limited two-week extension, until October 6, to prepare and submit its briefing for several reasons. Appellees do not oppose the request.

3. Appellant's counsel, Veronica Gordon, has been unexpectedly managing a serious family health event. On July 19, Ms. Gordon's husband had surgery to have a tumor removed, and Ms. Gordon continues to assist in her husband's recovery and to attend medical appointments with her husband.

4. Lead counsel, Raoul Cantero, has a long-planned international vacation from August 28 to September 15 (celebrating his 65th birthday!).

1

5. Mr. Cantero and Ms. Gordon also have deadlines and work commitments in the coming weeks:

- On September 16 and 17, Mr. Cantero is scheduled to serve as the chair of a three-member arbitration panel in a case for which he must prepare in advance.

- On September 24, Ms. Gordon has a reply in support of a motion to dismiss due in *Collura v. Warner Bros. Discovery, Inc., et al.* (S.D.N.Y.).

- On September 25, Mr. Cantero is participating in a mock trial for one of his matters.

6. For these reasons, Appellant requests an extension of time of two weeks until Monday, October 6, 2025 to file its initial briefing. Appellees do not oppose the request.

7. The instant motion is sought in good faith and for good cause, not for the purpose of delay. No prejudice will result from granting the unopposed relief requested here.

WHEREFORE, Appellant Southern Cross Seafoods LLC respectfully requests an extension of time, up to and including October 6, 2025, to file and serve its initial briefing.

2

Dated: September 5, 2025        Respectfully submitted,

/s/ *Raoul G. Cantero*
WHITE & CASE LLP
Raoul G. Cantero
Florida Bar No. 552356
Veronica Gordon
Florida Bar. No. 113559
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 995-5290
Facsimile: (305) 358-5744
E-mail: rcantero@whitecase.com
E-mail: vgordon@whitecase.com

*Counsel for Plaintiff-Appellant,
Southern Cross Seafoods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Raoul G. Cantero*
Raoul G. Cantero
